UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION

| | |
|---|---|
| Michael Schirano, and Gadi Flores, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Milberg Coleman Bryson Phillips Grossman, LLC, Milberg Coleman Bryson Phillips Grossman, PLLC and Douglas H. Sanders Law Group, PLLC,<br><br>Defendants. | Case No. 2:23-cv-05435 (NGG)(JMW) |

## NOTICE OF SETTLEMENT

Michael Schirano and Gadi Flores ("Plaintiffs"), along with Milberg Coleman Bryson Phillips Grossman, LLC, Milberg Coleman Bryson Phillips Grossman, PLLC and Douglas H. Sanders Law Group, PLLC ("Defendants") (collectively, the "Parties") hereby notify the Court that they have reached an agreement in principle to resolve this action. The parties respectfully request that the Court vacate all pending deadlines and provide the parties with 30 days to finalize the settlement and file a notice or stipulation of dismissal.

Dated: September 11, 2024

/s/ Alex D. Kruzyk
Alex D. Kruzyk* (*pro hac vice*)
Bryan A. Giribaldo * (*pro hac vice*)
**PARDELL, KRUZYK & GIRIBALDO, PLLC**
501 Congress Avenue, Suite 150
Austin, Texas 78701
Tele: (561) 726-8444
akruzyk@pkglegal.com
bgiribaldo@pkglegal.com

Todd M. Friedman* (*pro hac vice*)
Adrian R. Bacon* (*pro hac vice*)

1

The Law Offices of Todd M. Friedman, P.C.
21031 Ventura Blvd, Ste. 340
Woodland Hills, CA 91364
Tele: (323) 306-4234
tfriedman@toddflaw.com
abacon@toddflaw.com

*Counsel for Plaintiffs*