UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION

| | |
|---|---|
| Michael Schirano, and Gadi Flores, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Milberg Coleman Bryson Phillips Grossman, LLC, Milberg Coleman Bryson Phillips Grossman, PLLC and Douglas H. Sanders Law Group, PLLC,<br><br>Defendants. | Case No. 2:23-cv-05435 (NGG)(JMW) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Michael Schirano and Gadi Flores ("Plaintiffs"), along with Milberg Coleman Bryson Phillips Grossman, LLC, Milberg Coleman Bryson Phillips Grossman, PLLC and Douglas H. Sanders Law Group, PLLC ("Defendants") (collectively, the "Parties") hereby jointly stipulate to the dismissal of this matter with prejudice, with each party to bear their own costs, expenses, and attorneys' fees. The Parties respectfully request that this case be terminated and closed.

Dated:  October 28, 2024

/s/ *Alex D. Kruzyk*
Alex D. Kruzyk* (*pro hac vice*)
Bryan A. Giribaldo * (*pro hac vice*)
**PARDELL, KRUZYK & GIRIBALDO, PLLC**
501 Congress Avenue, Suite 150
Austin, Texas 78701
Tele: (561) 726-8444
akruzyk@pkglegal.com
bgiribaldo@pkglegal.com

Todd M. Friedman* (*pro hac vice*)
Adrian R. Bacon* (*pro hac vice*)

1

The Law Offices of Todd M. Friedman, P.C.
21031 Ventura Blvd, Ste. 340
Woodland Hills, CA 91364
Tele: (323) 306-4234
tfriedman@toddflaw.com
abacon@toddflaw.com

*Counsel for Plaintiffs*

*/s/ Daniel S. Blynn*
Daniel S. Blynn (admitted *pro hac vice*)
**STEPTOE LLP**
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
dblynn@steptoe.com

*Counsel for Defendants*

**So Ordered.**

s/Nicholas G. Garaufis

Hon. Nicholas G. Garaufis
Date: 10/29/24